IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 29  A 8: 28

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | |
|---|---|
| RICE SERVICES LTD., )<br><br>Plaintiff, )<br><br>v. )<br><br>SAMUEL BAVARO and EC )<br>MANAGEMENT SERVICES OF )<br>MARYLAND, LLC )<br><br>Defendants. ) | Case No. JFM 02-CV-1772 |

### ORDER GRANTING PLAINTIFF'S
### REQUEST FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. Rules 6 and 7 and Local Rule 105 and a request by the counsel for the plaintiff for enlargement of time to file its response to the defendant Samuel Bavaro's motion to dismiss, it is hereby ordered that plaintiff's time to respond to the defendant Samuel Bavaro's motion to dismiss is extended from Monday, July 29, 2002 until Thursday, August 1, 2002.

_____
J. Frederick Motz
Judge, United States District Court

3

