FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG -5  P 3: 15

[illegible]
AT BALTIMORE

_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICE SERVICES LTD. | * | |
| Plaintiff | * | |
| v. | * | CASE NO.: JFM 02 CV 1772 |
| SAMUEL BAVARO and EC MANAGEMENT SERVICES OF MARYLAND, LLC | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant EC Management Services of Maryland, LLC's Consent Motion for Extension of Time to File A Reply to Plaintiff's Motion to Dismiss Or, In the Alternative, Motion for Summary Judgment, and any opposition thereto, it is this _5th_ day of _August_, 2002, hereby

ORDERED, that Defendant's Motion is hereby GRANTED; and

The time for Defendant to file a responsive pleading to Plaintiff's Response to Defendant's Motion to Dismiss Or, In the Alternative, Motion for Summary Judgment shall be extended to and including August 13, 2002.

_____
J. Frederick Motz
United States District Court Judge

