UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICE SERVICES, LTD.            *

    Plaintiff            *

                                  *   CASE NO.:  JFM 02 CV 1772

v.             *

SAMUEL BAVARO, et al.           *

    Defendants            *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of Defendant Samuel Bavaro's Consent Motion For Extension of Time to File A Reply to Plaintiff's Response to Defendant's Motion to Dismiss Or, In the Alternative, Motion for Summary Judgment, and any opposition thereto, it is this _9th_ day of _Aug_____, 2002, hereby

ORDERED, that Defendant's Motion is hereby GRANTED; and

The time for Defendant to file a responsive pleading to Plaintiff's Response to Defendant's Motion to Dismiss Or, In the Alternative, Motion for Summary Judgment shall be extended to and including August 26, 2002.

                                                            _____
                                                            J. Frederic Motz
                                                            United States District Court Judge