IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICE SERVICES, LTD.          *

    Plaintiff(s)          *

                    Case No.: JFM 02-CV-1772

vs.                           *

SAMUEL BAVARO, et al.        *

    Defendant(s)

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, William T. Welch, am a member in good standing of the bar of this Court. My bar number is 11822. I am moving the admission of Keith L. Baker to appear *pro hac vice* in this case as counsel for Rice Services, Ltd.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| District of Columbia Bar | 1976 |
| New York Bar | 1976 |
| Virginia Bar | 2001 |
| U.S. District for the District of Columbia | 1982 |
| U.S. Court of Federal Claims | 1982 |
| U.S. Court of Appeals for the Federal Circuit | 1982 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or ___n/a_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
_____
Signature

William T. Welch
Printed Name

Barton, Baker, McMahon & Tolle
Firm
1320 Old Chain Bridge Rd., Ste. 440
McLean, VA 22101
Address

(703) 448-1810, ext. 22
Telephone Number

(703) 448-3336
Fax Number

PROPOSED ADMITTEE
Keith L. Baker
_____
Signature

Keith L. Baker
Printed Name

Barton, Baker, McMahon & Tolle
Firm
1320 Old Chain Bridge Rd., Ste. 440
McLean, VA 22101
Address

(703) 448-1810, ext. 19  prid 291300
Telephone Number              plid 86332

(703) 448-3336
Fax Number

*************************************************************************

## ORDER

☑ GRANTED    ☐ DENIED    **Felicia C. Cannon**

9-3-02                by: _____
Date                     **Clerk, United States District Court**

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                Page 2 of 2