IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICE SERVICES, LTD. | * | |
| | * | |
| v. | * Civil No. JFM-02-1772 | |
| | * | |
| SAMUEL BAVARO, ET AL. | * | |

***ORDER***

For the reasons stated on the record today, it is, this 3rd day of September 2002

ORDERED

1. Defendants' motion to dismiss or for summary judgment is treated as one for summary judgment and is granted; and

2. Judgment is entered in favor of defendants against plaintiff.

_____
J. Frederick Motz
United States District Judge

